

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00352-CV

Brian **MCLAUGHLIN** and Bobbi Lynn Mclaughlin,
Appellants

v.

Edward B. **FRANKEL,** Individually and as Trustee of the Frankel Family Trust,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI17653
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellants' brief was originally due September 11, 2017. On September 18, 2017, appellants filed a motion for extension of time to file their brief. We granted appellants' request and ordered the brief due on October 11, 2017. Neither the brief nor a motion for extension of time was filed. We therefore ordered appellants to file, on or before October 30, 2017, their appellants' brief and a written response reasonably explaining their failure to timely file their brief. We cautioned appellants that if they failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of jurisdiction. On October 30, 2017, appellants filed a motion, requesting an additional thirty days to file their brief. After consideration, we granted appellants' request and ordered their brief due on November 20, 2017. Neither the brief nor a motion for extension of time to file their brief has been filed.

We therefore **order** appellants to file, **on or before December 8, 2017**, their appellants' brief and a written response reasonably explaining their failure to timely file the brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). **Appellants are further advised that no further extensions of time to file their brief will be granted absent written proof of extraordinary circumstances.**

We order the clerk of this court to serve a copy of this order on appellant and all counsel.

_____

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.



_____

KEITH E. HOTTLE,
Clerk of Court